UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| SAMUEL LYNN FORD | ) |
| | ) |
| v. | ) NO. 2:12-CV-225 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge, [Doc. 19]. The plaintiff has filed objections to this report. [Doc. 20].

After careful and *de novo* consideration of the record as a whole and the Report and Recommendation of the United States Magistrate Judge, [Doc. 19], and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, the motion for summary judgement filed by the plaintiff is **DENIED**, [Doc. 10], and the motion for summary judgment filed by the defendant is **GRANTED.** [Doc. 12]

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE